KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cesar Barrios Chavez,<br>Petitioner,<br>v.<br>John E. Cantu, et al.,<br>Respondents. | No.  CV-26-01406-PHX-SPL (MTM)<br><br>**ORDER** |

Petitioner, through counsel, filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.). On March 2, 2026, the Court issued an Order to Show Cause (Doc. 4) requiring Respondents to show cause why the Petition should not be granted. Respondents have filed an unopposed Motion for Extension of Time to File Answer (Doc. 6). The Court will grant the Motion.

**IT IS ORDERED:**

(1) Respondents' Motion for Extension of Time to File Answer (Doc. 6) is **granted**.

(2) Respondents must show cause no later than **March 12, 2026**, why the Petition should not be granted.

. . . .

. . . .

. . . .

. . . .

(3)   Petitioner may file a reply no later than **March 13, 2026**.

Dated this 11th day of March, 2026.

                                              Honorable Steven P. Logan
                                              United States District Judge